LEO P. BYK et al., Doing Business under the Name of TRIANGLE NOVELTY COMPANY, Appellants, *v.* RICHARD E. ENRIGHT, as Commissioner of Police of the City of New York, et al., Respondents.

*New York city — police — action to restrain police from interfering with slot machines — complaint properly dismissed.*

*Byk* v. *Enright*, 213 App. Div. ——, affirmed.

(Argued June 8, 1925; decided July 15, 1925.)

APPEAL from a judgment, entered May 16, 1925, upon an order of the Appellate Division of the Supreme Court in the second judicial department, reversing a judgment in favor of plaintiffs entered upon a decision of the court on trial at Special Term and directing a dismissal of the complaint in an action to restrain the defendants from interfering with certain machines owned by the plaintiffs and leased to proprietors of stores and other places of business. Defendants contended that the machines were gambling devices and subject to seizure by the police.

*John P. Carroll* for appellants.

*George P. Nicholson,* Corporation Counsel (*Charles J. Druhan* of counsel), for respondents.

Judgment affirmed, with costs; no opinion.

Concur: HISCOCK, Ch. J., CARDOZO, MCLAUGHLIN, CRANE, ANDREWS and LEHMAN, JJ. Absent: POUND, J.